**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALBERT SANTIAGO,

                Plaintiff,                22 **CIVIL** 248 (SDA)

     -v-                                  **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 20, 2022, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a new hearing and for a new decision to be issued.

**Dated:**  New York, New York
           December 20, 2022

                                                  **RUBY J. KRAJICK**

                                                  _____
                                                       **Clerk of Court**

                               **BY:**    *K. Mango*

                                                        _____
                                                         **Deputy Clerk**